

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS

ZHO INC.,

    Plaintiff,

No. 1:25-cv-5831

Judge Andrea R. Wood

v.

RUCHER,

    Defendants.

### MOTION TO WITHDRAW OR, IN THE ALTERNATIVE, TO STRIKE DEFENDANT'S COUNTERCLAIM FILED IN ERROR

Defendant DANNY HALIM , the owner and managing member of LLC "Rucher", and respectfully states as follows:

1. On October 21, 2025, an Answer and Counterclaim with Civil Cover Case, Motion to Dissolve TRO, Exhibit Packet, Exhibit Index and ProSeAppfill was filed in this matter by DANNY HALIM (operated by Moana Ventures LLC d/b/a "Rucher") using the Court's Pro Se Filing system.

2. The undersigned filed the Counterclaim in good faith, believing that as the owner of the LLC, representation pro se was permitted.

3. The undersigned has since learned that under **Local Rule 83.15(a)** and federal law, a limited liability company must appear only through licensed counsel admitted to this Court.

4. The undersigned is not an attorney and therefore not authorized to represent the LLC or to file pleadings on its behalf.

5. To correct the record and prevent procedural confusion, the undersigned respectfully requests that the Court permit the withdrawal of the Counterclaim, or, in the alternative, strike it as improperly filed.

    WHEREFORE, the undersigned respectfully requests that this Honorable Court grant this Motion and direct the Clerk to withdraw or strike the Counterclaim filed on October 21, 2025 and for such other relief as the Court deems just and proper.

Respectfully submitted,

Danny Halim
Owner, Moana Ventures (d/b/a "Rucher")
3930 Poplar Creek Ct.
Fairfax, VA 22033
(703) 980-5192
danny.halim@icloud.com

*Danny Halim*

Dated: October 22, 2025