IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zho Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No. 25−cv−05831 <br><br> **Judge Andrea R. Wood** |

### NOTICE OF DIMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zho Inc. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| WUZHOUSHI RUIHONG SHIPIN YOUXIAN GONGSI / RHON <br> (Seller ID: A2EB1GXSW7BT3S) | 35 |
| Brilove <br> (Seller ID: A3V7SR3E2PKWR8) | 43 |
| Flyonce <br> (Seller ID: ARSULD0VX7HRI) | 31 |
| Miss Chipmunk Jewelry <br> (Seller ID: A26B2ZLI6AN45O) | 41 |
| APSVO /Shengxuan Co. Ltd <br> (Seller ID: 10001270396) | 1 |

With this dismissal, all deadlines and motions relating to Defendant RHON, Brilove, Flyonce, Miss Chipmunk Jewelry and APSVO ("Defendant") may be terminated as moot.

1

Dated: October 23, 2025

Respectfully submitted  
By: /s/ *Marjorie Ouyang*  
One Park Plaza, #600  
Irvine, CA 92614  
marjorie.ouyang@valleysummitlaw.com  
*Attorney for Plaintiff*