## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Zho Inc.

                                                    Plaintiff,

v.

The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule A,, et al.

                                                    Defendant.

Case No.: 1:25−cv−05831

Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/27/2025. As stated on the record, Plaintiff's motion for entry of a preliminary injunction [32] is entered and continued. Plaintiff's counsel reported that she has not yet provided notice of the preliminary injunction motion to Defendants. Plaintiff shall immediately proceed to provide notice of the preliminary injunction motion, including all filings in connection with the Temporary Restraining Order, to Defendants consistent with Fed. R. Civ. P. 65(a)(1). By 10/29/2025, Plaintiff shall file a status report regarding the status of service of the complaint, summons, and the preliminary injunction motion for each defendant listed in the Schedule A. The Court sets the following schedule for preliminary injunction proceedings. Any written opposition to Plaintiff's motion for preliminary injunction [32] shall be filed by 10/31/2025. Telephonic motion hearing set for 11/4/2025 at 8:45 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Temporary Restraining Order will remain in place as to all Defendants until resolution of the motion for entry of preliminary injunction. The Clerk's Office is directed to unseal document nos. [2], [3], [5], [10], [11], [14], [15], [17], and [19]. Defendant Rucher's motion to withdraw or, in the alterative, to strike Defendant's counterclaim filed in error [31] is granted. Defendant Rucher's emergency motion to dissolve or, in the alternative, modify the temporary restraining order pursuant to Fed. R. Civ. P. 65(b)(4) [26] is voluntarily withdrawn. The Court notes that Defendant Rucher's motion to withdraw mentions an answer and counterclaim but no such documents appear on the docket. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.