IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zho Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No. 1:25-cv-5831 <br><br> **Judge: Honorable Andrea R. Wood** <br><br><br><br> Complaint Filed: 05/23/2025 |

## STATUS REPORT

Pursuant to the Court's Order dated October 27, 2025, Plaintiff respectfully submits this status report concerning the service of the Complaint, Summons, Temporary Restraining Order ("TRO"), and Preliminary Injunction on the Defendants listed in Schedule A.

Defendants operate on five different platforms, Amazon, Temu, Walmart, Alibaba and AliExpress.

As of October 28, 2025, Plaintiff has completed service of the Complaint, Summons, TRO, and Preliminary Injunction on all Defendants operating on the Amazon, Temu and Walmart platforms.

With respect to Alibaba, Plaintiff is currently processing the platform's requested service fee. For AliExpress, Plaintiff has not yet received confirmation of service and is awaiting a response from the platform.

Once Plaintiff receives confirmation and contact information from Alibaba and AliExpress, Plaintiff will promptly file the corresponding Proofs of Service and Summons Returns with the

Court.

Dated: October 28, 2025                    Respectfully submitted

*Marjorie Ouyang*

Marjorie Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614
Marjorie.Ouyang@valleysummitlaw.com
*Attorney for Plaintiff*