**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Zho Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No. 25-cv-05831 <br><br> **Judge Andrea R. Wood** |

**NOTICE OF DIMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zho Inc. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| JJEWELRYY <br> (Seller ID: 634418216943119) | 06 |
| | |
| | |
| | |
| | |

With this dismissal, all deadlines and motions relating to Defendant JJEWELRYY ("Defendant") may be terminated as moot.

Dated: October 29, 2025

>Respectfully submitted
>By: /s/ *Marjorie Ouyang*
>One Park Plaza, #600
>Irvine, CA 92614
>marjorie.ouyang@valleysummitlaw.com
>*Attorney for Plaintiff*