IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zho Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A",<br><br>     Defendants. | Case No. 25-cv-05831<br><br>**Judge Andrea R. Wood** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zho Inc. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| LINY-US / LILIHY<br>(Seller ID: A2T1NVJD6VCO60) | 39 |
| MOMO US<br>(Seller ID: A1R7I7IR2U16NO) | 40 |
| WYW Jewellery<br>(Seller ID: 634418215143507) | 08 |
| | |
| | |

With this dismissal, all deadlines and motions relating to Defendant LINY-US / LILIHY, MOMO US and WYW Jewellery ("Defendant") may be terminated as moot.

1

Dated: November 13, 2025

                                                 Respectfully submitted
By: /s/ *Marjorie Ouyang*
One Park Plaza, #600
Irvine, CA 92614
marjorie.ouyang@valleysummitlaw.com
*Attorney for Plaintiff*