**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Zho Inc., | Case No. 25-cv-05831 |
| Plaintiff, | **Judge Andrea R. Wood** |
| v. | |
| The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zho Inc. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| QUENTIN SHOP (Seller ID: 634418216264040) | 02 |
| TOUPOP (Seller ID: 634418216609408) | 04 |
| sliver jewelry YIXI (Seller ID: 634418217133286) | 07 |
| YIXI SLIVER jewelry (Seller ID: 634418217209258) | 09 |
| Yiwu Yafeini Jewelry Co., Ltd. | 15 |
| Haifeng Yafeini Jewelry Co., Ltd. | 23 |
| Beadsfeeder Factory Store (Seller ID: cn1000376644) | 30 |

With this dismissal, all deadlines and motions relating to Defendant QUENTIN SHOP, TOUPOP, sliver jewelry YIXI, YIXI SLIVER jewelry, Yiwu Yafeini Jewelry Co., Ltd., Haifeng

1

Yafeini Jewelry Co., Ltd. and Beadsfeeder Factory Store ("Defendant") may be terminated as moot.

Dated: November 26, 2025

Respectfully submitted
By: /s/ *Marjorie Ouyang*
One Park Plaza, #600
Irvine, CA 92614
marjorie.ouyang@valleysummitlaw.com
*Attorney for Plaintiff*